CASREF,CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–10324–AK</u>–1

Case title: USA v. Iraeta–Hernandez

Date Filed: 10/29/2021

Other court case number:  5:20CR00791–001 Southern District of Texas

Date Terminated: 10/29/2021

---

Assigned to: District Judge Angel Kelley
Referred to: Magistrate Judge Paul G. Levenson

**Defendant (1)**

**Kevin Antonio Iraeta–Hernandez**
*TERMINATED: 10/29/2021*

| Pending Counts | Disposition |
|---|---|
| 18:111(a)(1) – Assault on a Federal Officer by Physical Contact (1) | 12 mos to serve; 3 yrs srt, comply with all immigration related conditions and all applicable, standard and mandatory conditions imposed; $100 s/a; no fine; no restitution; Special Condition not to return to the United States Illegally; waived appeal, attorney confer with client and he does not wish to appeal |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

**USA**
 Email All Attorneys
 Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2021 | 1 | Probation/Supervised Release transfer order received from Southern District of Texas as to Kevin Antonio Iraeta–Hernandez. (DaSilva, Carolina) (Entered: 11/02/2021) |
| 11/16/2021 | 2 | TRANSFER OF JURISDICTION as to Kevin Antonio Iraeta–Hernandez. Received certified copies of indictment, judgment and docket sheet from Southern District of Texas (Attachments: # 1 Indictment, # 2 Judgment, # 3 Docket)(Alves–Baptista, Antonia) (Entered: 11/16/2021) |
| 11/23/2022 | 4 | ELECTRONIC NOTICE of Case Assignment as to Kevin Antonio Iraeta–Hernandez; District Judge Angel Kelley assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (Danieli, Chris) (Entered: 11/23/2022) |
| 01/05/2026 | | Arrest of Kevin Antonio Iraeta–Hernandez in West Virginia. (AT) (Entered: 01/05/2026) |

PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*):<br>5:20CR00791-001 | |
|---|---|---|
| | DOCKET NUMBER (*Rec. Court*):<br>21cr10324 | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Iraeta-Hernandez, Kevin Antonio** | DISTRICT:<br>SD/TEXAS | DIVISION:<br>LAREDO |
| | NAME OF SENTENCING JUDGE:<br>Honorable Marina Garcia Marmolejo | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>**02/11/2021** | To:<br>**02/10/2024** |

OFFENSE: Assault of a Federal Officer by Physical Contact, in violation of 18 U.S.C. §§ 111(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the **Southern District of Texas, Laredo Division:**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts-Boston Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 18, 2021

*Date*

*Honorable Marina Garcia Marmolejo*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the **District of Massachusetts, Boston Division:**

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/29/2021

*Effective Date*

/s/ F. Dennis Saylor

*United States District Judge*



# MEMORANDUM

**To:**     The Honorable F. Dennis Saylor, IV, Chief U.S. District Judge

**From:**   Melissa Charlton, U.S. Probation Officer

**Re:**     IRAETA HERNANDEZ, Kevin
            TRANSFER OF JURISDICTION

**Date:**   April 23, 2021

On September 22, 2020, Kevin Antonio Iraeta Hernandez was sentenced in the Southern District of Texas after having plead guilty to Assault of Federal Officer by Physical Contact. He was sentenced to 12 months custody followed by 36 months supervised release with special conditions. Upon his release from custody, Mr. Iraeta Hernandez was provided a bus ticket to return to the Southern District of Texas where he had been sentenced. He had no ties to that area and established residency at a local hotel. His only relative in the USA was residing in Framingham and agreed to take him in and help him secure employment. The transfer to the D/MA was approved and he continues to maintain the same residence with his uncle at: 339 Concord Street, L2, Framingham, MA. He immediately secured employment with LG Caguana Construction, Inc., and continues to maintain his full-time position as a laborer.

In light of the fact that he plans to reside here throughout his term of supervision, we are requesting jurisdiction be transferred to the District of Massachusetts.

If Your Honor concurs with the above, please execute the attached Probation Form 22 and return the original to this office with a newly assigned Docket Number.

Thank you.

PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 5:20CR00791-001 | |
|---|---|---|
| | DOCKET NUMBER (*Rec. Court*): **21cr10324** | |
| NAME AND ADDRESS OF SUPERVISED PERSON: **Iraeta-Hernandez, Kevin Antonio** | DISTRICT: SD/TEXAS | DIVISION: LAREDO |
| | NAME OF SENTENCING JUDGE: Honorable Marina Garcia Marmolejo | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: **02/11/2021** |  To: **02/10/2024** |

OFFENSE: Assault of a Federal Officer by Physical Contact, in violation of 18 U.S.C. §§ 111(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the **Southern District of Texas, Laredo Division:**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts-Boston Division** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 18, 2021

*Date*

*Honorable Marina Garcia Marmolejo*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the **District of Massachusetts, Boston Division:**

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/29/2021

*Effective Date*

/s/ F. Dennis Saylor

*United States District Judge*

# UNITED STATES DISTRICT COURT

**Nathan Ochsner**
Clerk of Court

SOUTHERN DISTRICT OF TEXAS

P.O. Box 61010
Houston, Texas 77208

To:         District of Massachusetts, Boston Division

RE: Transfer of Criminal Action no. 5:20-cr-00791-1 / Kevin Antonio Iraeta-Hernandez

Dear Sir/Madam:

Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

ecf.txsd.uscourts.gov

Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

Nathan Ochsner
Clerk of Court

Date: 11/08/21

By: **Elliot Gallegos**
Deputy Clerk

_____

Please complete and return acknowledgment to this office.

Received and filed under case number: _____

on_____.

Clerk, United States District Court

By: _____
Deputy Clerk

United States Courts
Southern District of Texas
FILED

MAR 1 0 2020  SCG

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| KEVIN ANTONIO IRAETA-HERNANDEZ | § | |

L-20-791

MGM

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **February 13, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**KEVIN ANTONIO IRAETA-HERNANDEZ,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Richard Rivera, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT TWO

On or about **February 13, 2020**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**KEVIN ANTONIO IRAETA-HERNANDEZ,**

an alien who had been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal was outstanding, entered, attempted to enter, and was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to

March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland

Security to reapply for admission into the United States on or after March 1, 2003, in violation of

Title 8, United States Code, Section 1326.

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Anthony Garrie Brown
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET L-20-791

NO. _____

LAREDO    DIVISION

FILE: 20-03940        MAG#: 20-00655
INDICTMENT           Filed: March 10, 2020                    Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

RYAN K. PATRICK, USA
ANTHONY GARRIE BROWN, AUSA

VS.

**KEVIN ANTONIO IRAETA-HERNANDEZ**

**CHARGE:**

Ct. 1: Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]

Ct. 2: Illegal entry after deportation [8 USC 1326]

**TOTAL COUNTS: 2**

**PENALTY:**
Ct.1:   Not More than 8 Years and/or $250,000, $100 Special Assessment,
        Not More Than a 3 Year Term of Supervised Release
Ct. 2:  0 to 20 Years and/or fine of $250,000, $100 Special Assessment,
        Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest:

9

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

Holding Session in Laredo

**ENTERED**

September 25, 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA

v.

**KEVIN ANTONIO IRAETA-HERNANDEZ**

# JUDGMENT IN A CRIMINAL CASE

**CASE NUMBER: 5:20CR00791-001**

**USM NUMBER: 12823-579**

Ricardo Xavier Guerra, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) <u>1 on July 8, 2020.</u>

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| <u>18 U.S.C. § 111(a)(1)</u> | Assault of a federal officer by physical contact | 02/13/2020 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through <u> 6 </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) <u>remaining</u>_____is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 22, 2020
_____
Date of Imposition of Judgment

_____
Signature of Judge

**MARINA GARCIA MARMOLEJO**
**UNITED STATES DISTRICT JUDGE**
_____
Name and Title of Judge

September 25, 2020
_____
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 2 – Imprisonment

DEFENDANT:     **KEVIN ANTONIO IRAETA-HERNANDEZ**
CASE NUMBER:   **5:20CR00791-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months.

The defendant waived the right to appeal the sentence.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment — Page ___3___ of ___6___

DEFENDANT: **KEVIN ANTONIO IRAETA-HERNANDEZ**
CASE NUMBER: **5:20CR00791-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>3 years.</u>

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with <u>18 U.S.C. §§ 3663</u> and <u>3663A</u> or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (<u>34 U.S.C. § 20901</u>, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of <u>18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A</u> and/or 3664. The defendant must also pay the assessment imposed in accordance with <u>18 U.S.C. § 3013</u>.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3D – Supervised Release

Judgment — Page ___4___ of ___6___

DEFENDANT:        **KEVIN ANTONIO IRAETA-HERNANDEZ**
CASE NUMBER:      **5:20CR00791-001**

## SPECIAL CONDITIONS OF SUPERVISION

Immigration Related Requirements

You must immediately report, continue to report, or surrender to U.S. Immigration and Customs Enforcement and follow all their instructions and reporting requirements until any deportation proceedings are completed. If you are ordered deported from the United States, you must remain outside the United States unless legally authorized to reenter. If you reenter the United States, you must report to the nearest probation office within 72 hours after you return.

AO 245B (Rev. 09/19)      Judgment in a Criminal Case
                          Sheet 5 – Criminal Monetary Penalties

DEFENDANT:        **KEVIN ANTONIO IRAETA-HERNANDEZ**
CASE NUMBER:      **5:20CR00791-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|            | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment**[1] | **JVTA Assessment**[2] |
|------------|----------------|-----------------|----------|------------------------|------------------------|
| **TOTALS** | $100.00        | $0.00           | $0.00    | $0.00                  | $0.00                  |

☐  See Additional Terms for Criminal Monetary Penalties.

☐  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**[3] | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-------------------|-------------------------|----------------------------|
|                   | $                 | $                       |                            |

☐  See Additional Restitution Payees.

| **TOTALS** | $ | $ |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement $_____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐  Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1]  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]  Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3]  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)     Judgment in a Criminal Case
                         Sheet 6 – Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:       **KEVIN ANTONIO IRAETA-HERNANDEZ**
CASE NUMBER:     **5:20CR00791-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $_____ due immediately, balance due

   ☐  not later than _____, or

   ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in equal _____ installments of $_____ over a period of _____,
       to commence _____ after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $_____ over a period of _____,
       to commence _____ after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ after release from imprisonment.
       The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

       Payable to:    Clerk, U.S. District Court
                      1300 Victoria, Ste. 1131
                      Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**          **Total Amount**          **Joint and Several Amount**          **Corresponding Payee, if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Laredo)
# CRIMINAL DOCKET FOR CASE #: 5:20-cr-00791 All Defendants

Case title: USA v. Iraeta-Hernandez        Date Filed: 03/10/2020
Magistrate judge case number: 5:20-mj-00655    Date Terminated: 09/22/2020

---

Assigned to: Judge Marina Garcia
Marmolejo

### Defendant (1)

**Kevin Antonio Iraeta-Hernandez**      represented by    **Ricardo Xavier Guerra**
*TERMINATED: 09/22/2020*                                Federal Public Defender
1202 Houston Street
Laredo, TX 78040-8018
956-753-5313
Email: ricardo_guerra@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Federal Public Defender - Laredo**
1202 Houston St
Laredo, TX 78040
956-753-5313
Email: lar_ecf@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

18:111(a)(1) Assault on a Federal Officer
by Physical Contact. Penalty: Not More
than 8 Years and / or $250,000, $100
Special Assessment, Not More Than a 3
Year Term of Supervised Release
(1)

### Disposition

12 mos to serve; 3 yrs srt, comply with all
immigration related conditions and all
applicable, standard and mandatory
conditions imposed; $100 s/a; no fine; no
restitution; Special Condition not to return
to the United States Illegally; waived
appeal, attorney confer with client and he
does not wish to appeal

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 8:1326 Illegal entry after deportation. Penalty: 0 to 20 Years and / or Fine of $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release (2) | Dismissed on Govts oral Motion |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 8:1326.F--REENTRY OF DEPORTED ALIENS | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Anthony Garrie Brown**<br>US Attorney's Office<br>11204 McPherson Rd<br>Ste 100A<br>Laredo, TX 78045<br>956-794-2123<br>Email: Anthony.Brown@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>1000 Louisiana St<br>Ste 2300<br>Houston, TX 77002<br>713-567-9000<br>Fax: 713-718-3391 fax<br>Email: flu.usatxs-@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2020 | 1 | Proposed COMPLAINT as to Kevin Antonio Iraeta-Hernandez (1), filed (Webb). Initial Appearance set for 2/18/2020 at 11:05 AM before Magistrate Judge Sam S Sheldon (dgonzalezadi, 5) [5:20-mj-00655] (Entered: 02/15/2020) |

| 02/15/2020 | 2 | Statement in Support of Probable Cause by USA as to Kevin Antonio Iraeta-Hernandez, filed.(dgonzalezadi, 5) [5:20-mj-00655] (Entered: 02/15/2020) |
|---|---|---|
| 02/15/2020 | 3 | FINDING OF PROBABLE CAUSE ON STATEMENT on February 15, 2020 at 05:28 PM as to Kevin Antonio Iraeta-Hernandez. (Signed by Magistrate Judge Sam S. Sheldon) Parties notified. (dgonzalezadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 4 | COMPLAINT accepted by Magistrate Judge Sam S. Sheldon as to Kevin Antonio Iraeta-Hernandez, filed. Agent: Jose Monserrate (VeronicaCantuadi2, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | | Attorney update in case as to Kevin Antonio Iraeta-Hernandez. Attorney Federal Public Defender - Laredo for Kevin Antonio Iraeta-Hernandez added. (VeronicaCantuadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | | Minute Entry for proceedings held before Magistrate Judge Sam S. Sheldon. INITIAL APPEARANCE on Complaint as to Kevin Antonio Iraeta-Hernandez held on 2/18/2020. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. No bond set. Appearances: Anthony Garrie Brown, AUSA; FPD Sara A. Martinez (on duty); USPTO: Priscilla Ortiz; USM: Juan Saldana. (Opened/Adjourned: 11:00 AM - 11:30 AM) (ERO: Mayra Ramirez) (Interpreter: Flavia Valle / Jorge Valle / Henry Rugeles, used) Defendant remanded to custody Preliminary Examination Hearing set for 2/25/2020 at 10:00 AM before Magistrate Judge Sam S. Sheldon. (VeronicaCantuadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 5 | Sealed Financial Affidavit CJA 23 by Kevin Antonio Iraeta-Hernandez, filed. (mxperez, 5). [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Sam S. Sheldon) Parties notified. (VeronicaCantuadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 7 | NOTICE OF SETTING as to Kevin Antonio Iraeta-Hernandez. Preliminary Examination Hearing set for 2/25/2020 at 10:00 AM before Magistrate Judge Sam S. Sheldon. (VeronicaCantuadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 8 | Order of Temporary Detention Pending Hearing as to Kevin Antonio Iraeta-Hernandez. Detention Hearing set for 2/25/2020 at 10:00 AM before Magistrate Judge Sam S. Sheldon. ( Signed by Magistrate Judge Sam S. Sheldon) Parties notified. (VeronicaCantuadi, 5) [5:20-mj-00655] (Entered: 02/18/2020) |
| 02/18/2020 | 9 | WAIVER of Preliminary Hearing by Kevin Antonio Iraeta-Hernandez, filed.(gsalinas, 5) [5:20-mj-00655] (Entered: 02/19/2020) |
| 02/18/2020 | 10 | WAIVER of Detention Hearing by Defendant Kevin Antonio Iraeta-Hernandez in the case of Kevin Antonio Iraeta-Hernandez, filed.(gsalinas, 5) [5:20-mj-00655] (Entered: 02/19/2020) |
| 02/20/2020 | 11 | Order of Detention Pending Trial as to Kevin Antonio Iraeta-Hernandez. (Signed by Magistrate Judge Sam S Sheldon) Parties notified. (VeronicaCantuadi2, 5) [5:20-mj-00655] (Entered: 02/20/2020) |

| 02/21/2020 | | NOTICE OF ATTORNEY APPEARANCE Ricardo Xavier Guerra, Federal Public Defender, in case as to Kevin Antonio Iraeta-Hernandez, filed.(Guerra, Ricardo) [5:20-mj-00655] (Entered: 02/21/2020) |
|---|---|---|
| 02/27/2020 | 12 | Pretrial Services Report (Sealed) as to Kevin Antonio Iraeta-Hernandez, filed. (MonicaDeLaFuente, 5) [5:20-mj-00655] (Entered: 02/27/2020) |
| 03/10/2020 | 13 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Kevin Antonio Iraeta-Hernandez (1) count(s) 1, 2, filed. (Attachments: # 1 Unredacted attachment) (dfloresadi, 5) (Entered: 03/11/2020) |
| 03/11/2020 | 14 | SCHEDULING ORDER as to Kevin Antonio Iraeta-Hernandez. Arraignment set for 3/17/2020 at 01:00 PM in Courtroom 2A before Magistrate Judge Sam S Sheldon Dispositive Motion Filing due by 3/27/2020. Final Pretrial Conference set for 5/6/2020 at 02:00 PM in Courtroom 2A before Magistrate Judge Diana Song Quiroga ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (dfloresadi, 5) (Entered: 03/11/2020) |
| 03/17/2020 | | Minute Entry for proceedings held before Magistrate Judge Sam S Sheldon: ARRAIGNMENT as to Kevin Antonio Iraeta-Hernandez held on 3/17/2020. Defendant, through counsel, waived formal reading of the Indictment and enters a plea of Not Guilty to Count(s) All Counts. Appearances: Christopher Dos Santos, AUSA; Ricardo Xavier Guerra, AFPD.(ERO: Ben Mendoza) (Interpreter: Henry Rugeles, used) (DUSM: Beatriz Perez) Deft remanded to custody, filed. (avelizadi, 5) (Entered: 03/17/2020) |
| 03/24/2020 | 15 | NOTICE of Resetting as to Kevin Antonio Iraeta-Hernandez. Parties notified. Final Pretrial Conference reset for 5/14/2020 at 09:15 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (cdom, 5) (Entered: 03/24/2020) |
| 04/16/2020 | | **Terminate Hearings as to Kevin Antonio Iraeta-Hernandez: New notice to be sent for FPTC hearing before Judge Garcia Marmolejo. (EricaLopez, 5) (Entered: 04/16/2020) |
| 04/24/2020 | 16 | NOTICE OF RESETTING as to Kevin Antonio Iraeta-Hernandez.. Final Pretrial Conference set for 5/22/2020 at 10:00 AM in Courtroom 3B before Judge Marina Garcia Marmolejo, filed.(EricaLopez, 5) (Entered: 04/24/2020) |
| 04/27/2020 | | **Terminate FPTC Hearings as to Kevin Antonio Iraeta-Hernandez: new notice to be sent (EricaLopez, 5) (Entered: 04/27/2020) |
| 05/26/2020 | 17 | NOTICE OF RESETTING as to Kevin Antonio Iraeta-Hernandez. Final Pretrial Conference set for 6/18/2020 at 10:00 AM in Courtroom 3B before Judge Marina Garcia Marmolejo via Zoom, filed. (EricaLopez, 5) (Entered: 05/26/2020) |
| 06/14/2020 | | **Terminate Final Pretrial Conference as to Kevin Antonio Iraeta-Hernandez: Due to health concerns, court is canceled until further notice. (atrevino, 5) (Entered: 06/14/2020) |
| 06/24/2020 | 18 | NOTICE of Resetting as to Kevin Antonio Iraeta-Hernandez. Parties notified. Final Pretrial Conference reset for 7/14/2020 at 03:00 PM in by video before Judge Marina Garcia Marmolejo, filed. (Attachments: # 1 Judge's Procedures) (atrevinoadi, 5) (Entered: 06/24/2020) |
| 06/30/2020 | 19 | NOTICE of Resetting as to Kevin Antonio Iraeta-Hernandez. Parties notified. Final Pretrial Conference reset for 7/8/2020 at 03:00 PM in by video before Judge Marina Garcia Marmolejo, filed. (atrevinoadi, 5) (Entered: 06/30/2020) |

| 07/02/2020 | 20 | NOTICE of Resetting as to Kevin Antonio Iraeta-Hernandez. Parties notified. Final Pretrial Conference reset for 7/8/2020 at 09:30 AM in by video before Magistrate Judge Diana Song Quiroga, filed. (cdomadi2, 5) (Entered: 07/02/2020) |
|---|---|---|
| 07/07/2020 | 21 | PLEA AGREEMENT *AND PLEA AGREEMENT ADDENDUM* as to Kevin Antonio Iraeta-Hernandez, filed. (Guerra, Ricardo) (Entered: 07/07/2020) |
| 07/07/2020 | 22 | FACTUAL STATEMENT in support of Plea Agreement as to Kevin Antonio Iraeta-Hernandez, filed. (Guerra, Ricardo) (Entered: 07/07/2020) |
| 07/08/2020 |  | RE-ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga on 7/8/2020 as to Kevin Antonio Iraeta-Hernandez : Defendant pled Guilty to Count 1 of the Indictment. Written plea agreement/Addendum to plea agreement/written factual basis filed. Defendant waives right to be present in Court and consents to proceed with guilty plea by video conference and consents to proceed before Magistrate Judge. Court makes special findings due to the national emergency created by the novel corona virus. Court covers all Rule 11 admonishments, including but not limited to an explanation of the charges, applicable penalties, rights, and all waivers. Written plea agreement reviewed, and confirmed and ratified on the record by the parties. Defendant understands appellate waivers including right to appeal the conviction, sentence, and right to collateral attacks; only maintains right to raise ineffective assistance of counsel claim. Standing Order on Procedures for sentencing to follow. Factual basis will serve as AOR for PSR purposes. Parties have no objections to Magistrate Judges R&R. Appeal Waived: Yes. Counsel present for PSI Interview? Yes. Appearances: AUSA April Holly Ayers-Perez f/USA; AFPD Raul Xavier Guerra f/Defendant. Deft remanded to Custody. (ERO: Terry Lozano) (Interpreter: Eduardo Candunas (utilized)) (Time in Court 9:05-9:33) (cdomadi, 5) (Entered: 07/08/2020) |
| 07/08/2020 |  | **Terminate Deadlines and Hearings as to Kevin Antonio Iraeta-Hernandez: (cdomadi, 5) (Entered: 07/08/2020) |
| 07/08/2020 | 23 | STANDING ORDER ON PROCEDURES FOR SENTENCING BEFORE U.S. DISTRICT JUDGE GARCIA MARMOLEJO as to Kevin Antonio Iraeta-Hernandez. PSI Completion due by 8/24/2020. Sentencing set for 10/27/2020 at 02:00 PM in Courtroom 3B before Judge Marina Garcia Marmolejo Parties notified. (sgonzalez, 5) (Entered: 07/08/2020) |
| 07/08/2020 | 24 | REPORT AND RECOMMENDATIONS as to Kevin Antonio Iraeta-Hernandez ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (mxperez, 5) (Entered: 07/08/2020) |
| 07/09/2020 | 25 | ORDER ADOPTING REPORT AND RECOMMENDATION - Guilty Plea as to Kevin Antonio Iraeta-Hernandez re: 24 Report and Recommendations ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (bmendoza, 5) (Entered: 07/09/2020) |
| 08/24/2020 | 26 | Attorney Only Document (Sealed) as to Kevin Antonio Iraeta-Hernandez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (lgarza, 5) (Entered: 08/24/2020) |
| 08/24/2020 | 27 | Statement of No Objections to PSR (Sealed) by USA as to Kevin Antonio Iraeta-Hernandez, filed. (Entered: 08/24/2020) |
| 09/03/2020 | 28 | Statement of No Objections to PSR (Sealed) by Kevin Antonio Iraeta-Hernandez, filed. (Entered: 09/03/2020) |

| 09/04/2020 | 29 | Final Presentence Investigation Report (Sealed) as to Kevin Antonio Iraeta-Hernandez, filed. (lgarza, 5) (Entered: 09/04/2020) |
| 09/04/2020 | 30 | Sealed Addendum to 29 Final Presentence Investigation Report (Sealed) as to Kevin Antonio Iraeta-Hernandez, filed. (lgarza, 5) (Entered: 09/04/2020) |
| 09/04/2020 | 31 | Confidential Sentencing Recommendation(Sealed) regarding Kevin Antonio Iraeta-Hernandez, filed. (lgarza, 5) (Entered: 09/04/2020) |
| 09/14/2020 | 32 | NOTICE of Resetting as to Kevin Antonio Iraeta-Hernandez. Parties notified. Sentencing reset for 9/22/2020 at 09:00 AM in by video before Judge Marina Garcia Marmolejo, filed. (atrevinoadi, 5) (Entered: 09/14/2020) |
| 09/22/2020 | | Minute Entry for proceedings held before Judge Marina Garcia Marmolejo: Sentencing held on 9/22/2020 for Kevin Antonio Iraeta-Hernandez (1), Count(s) 1, Oral Waiver of Right and Consent to Sentencing by Video Conference. Defendant waives right to be present in Court and consents to proceed with Sentencing by Video Conference. Defendant given allocution; PSR adopted, correctly scored; the Court has considered all the 3553(a) factors. Sentenced to 12 mos to serve; 3 yrs srt, comply with all immigration related conditions and all applicable, standard and mandatory conditions imposed; $100 s/a; no fine; no restitution; Special Condition not to return to the United States Illegally; waived appeal, attorney confer with client and he does not wish to appeal. Count(s) 2, Dismissed on Govts oral Motion. Victim waived appearance. Appearances:Michael Makens, AUSA, Ricardo Guerra, Attorney of Record, Nora Robledo, USPO, Nathan Buck, DUSM.(ERO:Edgar Hernandez [9:51-10:03]) (Interpreter:Enith Valdes, used) Deft remanded to custody, filed.(atrevino, 5) (Entered: 09/22/2020) |
| 09/25/2020 | 33 | JUDGMENT as to Kevin Antonio Iraeta-Hernandez ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (vcantu, 5) (Entered: 09/25/2020) |
| 09/25/2020 | 34 | Statement of Reasons (Sealed) as to Kevin Antonio Iraeta-Hernandez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 09/25/2020) |
| 11/05/2021 | 35 | Supervised Release Jurisdiction Transferred to District of Massachusetts, Boston Division as to Kevin Antonio Iraeta-Hernandez., filed.(ElliotGallegos, 5) (Additional attachment(s) added on 11/9/2021: # 1 Transmittal Letter) (ElliotGallegos, 5). (Entered: 11/05/2021) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/16/2021 15:04:43 | | |
| PACER Login: | maddc8074:4001889:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:20-cr-00791 |
| Billable Pages: | 5 | Cost: | 0.50 |
| Exempt flag: | Exempt | Exempt reason: | Always |

PACER fee: Exempt

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: District Judge Angel Kelley (angel_kelley@mad.uscourts.gov,
arnold_pacho@mad.uscourts.gov, arvind_pennathur@mad.uscourts.gov,
erica_puccetti@mad.uscourts.gov, isabel_finley@mad.uscourts.gov,
kevin_palmer@mad.uscourts.gov, miguel_lara@mad.uscourts.gov,
mohsin_mirza@mad.uscourts.gov)
--Non Case Participants: Janisa Bynum (janisa_bynum@map.uscourts.gov), ad hoc
(miguel_lara@mad.uscourts.gov)
--No Notice Sent:
```

Message-Id:10087192@mad.uscourts.gov
Subject:Activity in Case 1:21-cr-10324-AK USA v. Iraeta-Hernandez Case Assigned/Reassigned
Content–Type: text/html

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 11/23/2022 at 2:59 PM EST and filed on 11/23/2022

| | |
|---|---|
| **Case Name:** | USA v. Iraeta–Hernandez |
| **Case Number:** | <u>1:21–cr–10324–AK</u> |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE of Case Assignment as to Kevin Antonio Iraeta–Hernandez; District Judge Angel Kelley assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (Danieli, Chris)**

**1:21–cr–10324–AK–1 Notice has been electronically mailed to:**

**1:21–cr–10324–AK–1 Notice will not be electronically mailed to:**