# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kevin Antonio Iraeta Hernandez    **Case Number:** 0101 1:21CR10324-001
                                                   **Case Number SD/TX:** 5:20CR00791-001

**Name of Sentencing Judicial Officer:**                 Honorable Marina Garcia Marmolejo, U.S. District Judge for the Southern District of Texas

Honorable To Be Assigned, U.S. District Judge

**Date of Original Sentence:**                           9/22/2020

**Original Offense:**                                 Assault of a Federal Officer by Physical Contact, in violation of 18 U.S.C. § 111(a)(1)

**Original Sentence:**                                12 months of imprisonment followed by 3 years of supervised release

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** 2/11/2021

**Asst. U.S. Attorney:** To Be Assigned            **Defense Attorney:** To Be Assigned

## PETITIONING THE COURT

☒      To issue a warrant
☐      To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.** |

The undersigned has not had contact from Mr. Iraeta Hernandez since May 19, 2022. Since that time, the undersigned has made multiple attempts to reach Mr. Iraeta Hernandez, including via a letter sent in the U.S. Mail instructing him to report to the Probation Office on November 10, 2022. He did not report on that date and as of this writing, Mr. Iraeta Hernandez's whereabouts are unknown.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:           Respectfully submitted,

*/s/ Tricia Marcy*               */s/ Janisa A. Bynum*
Tricia Marcy                     Janisa A. Bynum
Supervisory U.S.                 U.S. Probation Officer Assistant
Probation Officer                Date: 11/23/2022

**THE COURT ORDERS**
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_____
Signature of Judicial Officer


Date:_____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-cr-10324-AK |
| Kevin Antonio Iraeta-Hernandez | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

2022 NOV 23 PM 4:39

U.S. MARSHALS SERVICE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Kevin Antonio Iraeta-Hernandez                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   Supervised release violation.

Date:     11/23/2022

                                                    /s/ Arnold Pacho
                                                    *Issuing officer's signature*

City and state:     Boston, Massachusetts

                                                    Arnold Pacho, Deputy Clerk
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                     _____<br>                                                    *Arresting officer's signature*<br><br>                                                    _____<br>                                                    *Printed name and title* |