**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                                          CRIMINAL NO. 2:26-MJ-00001

**KEVIN ANTONIO IRAETA-HERNANDEZ**

<u>**MOTION FOR DETENTION HEARING**</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

    ____ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ____ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ____ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    ____ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    ____ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    **X** serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    **X** serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

   <u> X </u>  Defendant's appearance as required

   <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

   <u>    </u>  Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

   <u>    </u>  Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

   <u>    </u>  Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

   <u> X </u>  At first appearance

   <u>    </u>  After continuance of <u>    </u> days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

Having been convicted of assault on a federal officer in the Southern of Texas and serving a term of imprisonment, the defendant's supervision was transferred to the District of Massachusetts.

In November 2022, the U.S. Probation Office for the District of Massachusetts filed a revocation petition and obtained an arrest warrant for the defendant.

The defendant has been a fugitive from the District of Massachusetts for over 3 years.

On Christmas Day, 2025, the defendant was arrested by the Charleston Police Department on suspicion of DUI. During his encounter with police officers, the defendant provided a fake United States Permanent Resident Card ("Green Card"), which was used by officers in their efforts to run criminal checks. The Green Card listed a false name and date of birth for the defendant. When record checks came back without showing any criminal history and no active warrants, the defendant was released on bond.

It was only after he was released on bond that immigration officers learned of his true identity and that an active federal warrant for his arrest was in place.

DATED: January 6, 2026

        Respectfully submitted,

        MOORE CAPITO
        United States Attorney

By:

        <u>s/Jonathan T. Storage</u>
        JONATHAN T. STORAGE
        Assistant United States Attorney
        WV State Bar No. 12279
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Fax: 304-347-5104
        E-mail: Jonathan.Storage@usdoj.gov